**COURT OF APPEAL**
**OF AIX-EN-PROVENCE**

**HIGH COURT**
**OF DRAGUIGNAN**
11 Rue Pierre Clément
83300 DRAGUIGNAN

Tel. 00.33.(0)4.94.60.57.34
Fax. 00.33.(0)4.94.60.57.84

**ADDITIONAL**
**INTERNATIONAL**
**LETTERS ROGATORY**

OFFICE OF
Mrs ARFINENGO

PUBLIC PROSECUTOR'S OFFICE No. 02/20113
INVESTIGATION No. 103/00066

Vice-President
in charge of the Investigation

<u>Criminal Procedure</u>

We, Sylvaine ARFINENGO, Vice-President in charge of Investigation at the High Court of DRAGUIGNAN,

In view of the inquiry opened against X,

Person indicted on the grounds of MURDER,

In view of Articles 81, 151 and following of the Code of Criminal Law procedure,

Being unable to proceed with the necessary acts below, ourselves,

In view of the treaty on judicial cooperation in criminal matters of 10th April 1998,

We request the relevant legal authorities in the United States of America to kindly have these additional International Rogatory Letters carried out at the same time as the one sent on 7th January 2004.

The legal authorities referred to will kindly return us the present document accompanied by the documents relating to its enforcement, as soon as possible.

<u>STATEMENT OF FACTS</u>

On 23rd August 2001, a human skeleton in a very advanced stage of decay was discovered at TRIGANCE, near COMPS. The body was lying on the bare ground, just off the road.

Various analyses carried out enabled it to be established that the deceased was a man, that the cause of death was criminal and that the date of death could go back several years ago. The corpse's dental diagram was established

During their investigations, the gendarmes from the Search Squad in Draguignan learnt that in April 2000, a couple of German nationals had stayed in a hotel in

../..



2.

COMPS, and when cleaning the room, the cleaning lady discovered the presence of a handgun and cartridges. The name that the couple gave to the hotelkeeper was "ARLT" or maybe "HORLST".

The hotel room had been paid by means of a bankcard, of foreign origin.

The card bore the number, issued by the First Bank N.A., 3 Christina Centre, 201 N. Walnut Street, WILMINGTON, State of DELAWARE 19801 (telephone: 00 1 302 985 11 01 Fax: 00 1 302 985 12 88). Searches are presently being carried out on this bankcard, on International Rogatory Letters.

In April 2000 the Gendarmes from the Search Squad in COMPS also discovered an OPEL KADETT vehicle with a German number plate ▓▓▓▓, at approximately two kilometres from the place where the skeleton was discovered. A connection was then established between the discovery of this car and the presence of the couple of German nationals in the hotel at COMPS. From the information communicated by the German authorities, it appeared that this car had been sold on 11th March 2000 by Mr Peter SUDERMANN, born on ▓▓▓▓ residing at ▓▓▓▓ ESPELKAMP, to a woman calling herself Frieda MUELLER and living at ▓▓▓▓ HANNOVER – giving ▓▓▓▓ as a telephone number. Apparently it has not been possible to trace this woman at the address indicated.

More recently, the Police and Customs Cooperation Centre in LUXEMBOURG informed the French investigators of the existence, in GERMANY of proceedings taking place in the Court of TREVES, during which Miss Manuela MUCHE, born on ▓▓▓▓ in BESBERG, admitted to killing her father, Karl-Heinz MUCHE in GERMANY, with the complicity her mother, Gertrud MUCHE, and then having transported the body to FRANCE in the region of LORGUES or ESPARRON DU VERDON. It resulted from the enquiry that the MUCHE family has stayed in the VAR department in the past. It also appeared that this family was in relation with Mr Rolf HAENNSGEN, residing in LORGUES, with whom it seems that Gertrud MUCHE had had a relationship.

By International Rogatory Letters, the German authorities asked the French Examining Magistrate to issue copies of the various deeds of the inquiry and the expert appraisals carried out (post-mortem, dental formula, determination of the DNA, photos, reports of the findings . . .).

It appears that the corpse discovered at TRIGANCE has been formally identified as that of Karl-Heinz MUCHE, born on ▓▓▓▓ in BRESLAU, and that the MUCHE family was in FRANCE at the time when the murder seems to have taken place.

../..



3.

## Mission

This having been expounded, we have the honour of again asking the relevant authorities in the UNITED STATES to kindly proceed with the following operations *(in addition to my Rogatory Letters of 7th January 2004):*

- Carry out all investigations (requisitions, interviews) at the FIRST BANK N.A., 3 Christina Center, 201 N. Walnut Street, WILMINGTON, DE 19801 (telephone and fax numbers above) in order to know:

- the name of the holder(s) of the bank card 4673 0252 8020 7015 and the corresponding bank account, as well as their address, photo and all information concerning them (telephone numbers, copy of identity documents);

- the list of transactions carried out by means of this card throughout 2000, showing the date, the place and the amount of the transactions, as well as the beneficiaries.

We thank the American legal authorities for their diligence and precious collaboration.

Yours faithfully,

In our office, on 28th June 2005

The Vice-President in charge of Investigations

Sylvaine ARFINENGO

*Round stamp of the High Court of Draguignan
Instructing Magistrate*

Je soussigné, Expert Judiciaire Traducteur-interprète près la Cour d'Appel d'Aix-en-Provence certifie que la traduction qui précède est conforme à l'original libellé en langue ........................française..................
Visé par moi "Né Varietur" N° 4847
Signature exempte de légalisation
Décret n° 53-914 Art. 8 du 26-9-1953

Susan Nicholson
le 9 juillet 2005